**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TERESA ELWARD, DENNIS KEESLER, LEASA BRITTENHAM, KATHY BECK AND NATHANIEL BECK, ANGELIA EAST, SARAH LaVERGNE, TONY AND LAUREN FITZGERALD, GREGORY GRAY, BETHANY WILLIAMS, JOHN McLAUGHLIN, STACY CISCO, and WILLIAM FERGUSON AND CHERYL FERGUSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>    Defendant. | Hon. John Z. Lee<br><br>Civil Action No. 15-cv-9882 |

**ELECTROLUX HOME PRODUCTS, INC.'S MOTION TO PARTIALLY DISMISS
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

Defendant Electrolux Home Products, Inc. ("Electrolux") moves this Court to partially dismiss Plaintiffs' consolidated amended complaint ("Complaint"), pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6), for failure to state a claim upon which relief can be granted. Electrolux incorporates by reference its accompanying brief in support of this motion.

Fifteen Plaintiffs, purporting to represent putative national and state classes from California, Illinois, Indiana, Louisiana, Ohio, Pennsylvania, Virginia, and Washington, allege 21 counts against Electrolux based on allegations that all residential dishwashers designed and manufactured by Electrolux and sold under the Frigidaire or Electrolux brand names (the "Dishwashers") are defective. They do not plead facts specifying the alleged "electrical system" defect, and their vague defect allegations could apply to virtually any product that uses electricity and heat. For the reasons stated below and in the accompanying brief, several of Plaintiffs' claims fail to state a valid claim for relief against Electrolux and should be dismissed.

First, except for the Washington and Louisiana Plaintiffs, Plaintiffs' claims for breach of implied warranty (Count 1) and for violation of the Song-Beverly Act ("SBA") (Count 17) fail as a matter of law because Plaintiffs do not allege a breach within the implied warranty period. The Washington and Louisiana Plaintiffs' breach of implied warranty claims fail for a different reason: the statute of limitations bars them.

Second, the Indiana Plaintiffs' claims for fraudulent concealment (Count 18) and for violation of the Indiana Deceptive Consumer Sales Act ("DCSA") (Count 14) are abrogated by the Indiana Product Liability Act ("IPLA"). Their IPLA (Counts 12-13) and DCSA claims are also barred by the statute of limitations, and they independently fail to state a DCSA claim because they do not allege any deceptive act or misrepresentations in connection with their Dishwasher purchase.

Third, the Louisiana Plaintiffs' Louisiana Product Liability Act ("LPLA") claims (Counts 19-21) are time-barred, and their breach of implied warranty claim (Count 1) is both time-barred and precluded by the LPLA's exclusivity provisions.

Fourth, the Ohio Plaintiffs' fraudulent concealment claim (Count 18) is abrogated by the Ohio Product Liability Act.

Fifth, the Washington Plaintiff's Washington Product Liability Act ("WPLA") claims (Counts 10-11) and breach of implied warranty claim (Count 1) are barred by the statute of limitations.

For these reasons, Electrolux respectfully requests that the Court grant Electrolux's motion, and dismiss the following counts in the Complaint: Count 1 (breach of implied warranty) (all Plaintiffs); Counts 10-11 (WPLA) (Washington Plaintiff); Counts 12-14 (IPLA and DCSA) (Indiana Plaintiffs); Count 17 (SBA) (California Plaintiffs); Count 18 (fraudulent concealment) (Indiana and Ohio Plaintiffs); and Counts 19-21 (Louisiana Plaintiffs).

Respectfully submitted this 18th day of January, 2017.

*s/ Galen D. Bellamy*

| | |
|---|---|
| Michael T. Williams | James W. Ozog |
| Galen D. Bellamy | Jennifer L. Rediehs |
| Kenneth E. Stalzer | GOLDBERG SEGALLA LLP |
| WHEELER TRIGG O'DONNELL LLP | 311 S. Wacker Drive, Suite 2450 |
| 370 17th Street, Suite 4500 | Chicago, IL 60606 |
| Denver, CO 80202 | Tel: (312) 572-8406 |
| Tel: (303) 244-1800 | Fax: (312) 572-8401 |
| Fax: (303) 244-1879 | jozog@goldbergsegalla.com |
| williams@wtotrial.com | jrediehs@goldbergsegalla.com |
| bellamy@wtotrial.com | |
| stalzer@wtotrial.com | *Attorneys for Defendant* |
| | *Electrolux Home Products, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Electrolux Home Products, Inc.'s Motion to Partially Dismiss Plaintiffs' Consolidated Amended Complaint** was filed with this Court using its CM/ECF notification service, which will send service to all counsel of record this 18th day of January, 2017.

*s/ Galen D. Bellamy*
Galen D. Bellamy